UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Proxense, LLC,

vs.

Samsung Electronics, Co., Ltd., and Samsung
Electronics America, Inc.,

Case No.: 6:21-cv-00210-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Lear Jiang**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Proxense, LLC** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Susman Godfrey L.L.P.** with offices at:

   Mailing address: 1900 Avenue of the Stars, Suite 1400
   City, State, Zip Code: Los Angeles, CA 90067
   Telephone: 310 789-3100     Facsimile: 310 789-3150

2. Since **September 10, 2021**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **California**. Applicant's bar license number is **338600**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| New York State | 7/28/2020 |
| USDC Central District of CA | 11/8/21 |
| USDC Northern District of CA | 11/4/21 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Meng Xi

Mailing address: 1000 Louisiana Street, Suite 5100

City, State, Zip Code: Houston, Texas 77002-5096

Telephone: (713) 653-7807

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lear Jiang to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Lear Jiang
[printed name of Applicant]

*[signature]*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21st day of July, 2022.

Lear Jiang
[printed name of Applicant]

/s/ Meng Xi for Lear Jiang
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Please Choose Division

Proxense, LLC,

vs.

Samsung Electronics, Co., Ltd., and Samsung Electronics America, Inc.,

Case No.: 6:21-cv-00210-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Lear Jiang, counsel for Proxense, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Lear Jiang may appear on behalf of Proxense, LLC in the above case.

IT IS FURTHER ORDERED that Lear Jiang, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July, 20 22 ____.