**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

PROXENSE, LLC,

        Plaintiff,

    vs.

SAMSUNG ELECTRONICS CO., LTD.
AND SAMSUNG ELECTRONICS
AMERICA, INC.,

        Defendants.

Case Nos. 6:21-cv-00210-ADA

**JURY TRIAL DEMANDED**

---

**JOINT NOTICE NARROWING CASE**

In accordance with the Court's January 28, 2022 Scheduling Order (Dkt. No. 48), Plaintiff Proxense, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") have met and conferred to discuss significantly narrowing the number of claims asserted and prior art references in the case. By and through their undersigned counsel, the parties provide the following joint notice:

Proxense withdraws, and dismisses without prejudice, its claims for infringement of United States Patent No. 9,049,188 ("the '188 patent") and United States Patent No. 9,235,700 ("the '700 patent") from the current litigation. Because claim narrowing is necessitated by trial management concerns, the parties agree that Plaintiff does not lose its due-process right to later assert the withdrawn or unselected claims. *See, e.g.*, *SanDisk Corp. v. Kingston Tech. Co*., 695 F.3d 1348, 1353 (Fed. Cir. 2012) (notification by plaintiff that it was no longer pursuing certain claims is "akin to either a Federal Rule of Civil Procedure 15 amendment to the complaint . . . or a Rule 41(a) voluntary dismissal of claims without prejudice").

1

Defendants withdraw, and dismiss without prejudice, their affirmative defenses exclusively related to the '188 and '700 patents.  The parties agree that Defendants' case-narrowing is without prejudice to their subsequent assertion of any affirmative defenses, should these patents be reasserted against them.

Pursuant to the Court's Scheduling Order, the parties will continue to meet and confer in an effort to further narrow the dispute in this suit, and will notify the Court of any further agreements reached by October 17, 2022, as set forth in the current scheduling order.

Dated:  July 25, 2022

*/s/ Brian D. Melton*
Brian D. Melton
bmelton@susmangodfrey.com
Geoffrey L. Harrison
gharrison@susmangodfrey.com
Meng Xi
mxi@susmangodfrey.com
Bryce T. Barcelo
bbarcelo@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666

David L. Hecht
dhecht@hechtpartners.com
Maxim Price (*pro hac vice*)
mprice@hechtpartners.com
Conor B. McDonough (*pro hac vice*)
cmcdonough@hechtpartners.com
Yi Wen Wu (*pro hac vice*)
wwu@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 851-6821

*Counsel for Plaintiff Proxense, LLC*

*/s/ Victoria F. Maroulis*
Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com
Mark Tung
marktung@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sean Pak
seanpak@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin Hardy
kevinhardy@quinnemanuel.com
Marissa Ducca
marissaducca@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Scott L. Cole
scottcole@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
201 West 5th Street
11th Floor
Austin, TX 78701
Telephone: (737) 667-6104

*Counsel for Defendants Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I, Kevin Hardy, certify that a true and correct copy of the above and foregoing document

was served on all counsel of record via the Court's CM/ECF system on July 25, 2022.

*<u>/s/ Kevin Hardy</u>*
Kevin Hardy
