# Exhibit G

# Natalie Huh

| | |
|---|---|
| **From:** | Joshua Scheufler |
| **Sent:** | Wednesday, June 8, 2022 5:41 PM |
| **To:** | Proxense; Proxense-SG; bmelton@susmangodfrey.com; dhecht@hechtpartners.com |
| **Cc:** | QE-Samsung-Proxense |
| **Subject:** | Proxense v. Samsung: Ex Parte Reexam |

Counsel,

Please find in the link below courtesy copies of ex parte reexam requests filed against the 8,352,730; 9,298,905; and 10,698,989 patents.

https://sendfile.quinnemanuel.com/pkg?token=08e36ac0-17d1-445a-8862-1f25381adc17

Best,
**Joshua Scheufler**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

711 Louisiana Street, Suite 500
Houston, TX 77002
650-801-5010 Direct
713.221.7000 Main Office Number
713-221-7100 FAX
joshuascheufler@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.