# Exhibit J



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ................................................................ 14185
    a. By patent owner     3954   27.9%
    b. by other member of the public     10056   70.9%
    c. By order of Commissioner     175   1.2%

2. Number of Filings by discipline
    a. Chemical Operation     3843   27.1%
    b. Electrical Operation     5279   37.2%
    c. Mechanical Operation     4790   33.8%
    d. Design Patents     273   1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ................................................................................ 5428   38.3%

5. Decisions on requests [2] ................................................................................ 14185
    a. No. granted     13082   92.2%
        (1) By examiner     12888
        (2) By Director (on petition)     194
    b. No. denied     1183   8.3%
        (1) By examiner     1103
        (2) Reexam vacated     80

6. Total examiner denials (includes denials reversed by Director) .................................... 1103
    a. Patent owner requester     525   47.6%
    b. Third party requester     578   52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date).......................
      a. Average pendency                                                    25.7 (mos.)
      b. Median pendency                                                    19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ....................................... 12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                  3960
            a. All claims confirmed               809    20.4%
            b. All claims canceled               396    10.0%
            c. Claims changed                  2755    69.6%
      b. Certificates – 3rd PARTY REQUESTER                         8630
            a. All claims confirmed            1846    21.4%
            b. All claims canceled            1226    14.2%
            c. Claims changed                 5558    64.4%
      c. Certificates – COMMISSIONER INITIATED REEXAM        174
            a. All claims confirmed                17    9.8%
            b. All claims canceled               46    26.4%
            c. Claims changed                111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

2/2