IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PROXENSE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 6:21-cv-00210-ADA |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Having considered the Defendant's Motion to Stay Pending *Ex Parte* Reexamination and Plaintiff's Opposition, the Court **GRANTS** the Motion to Stay.

SIGNED this ___ day of _____, 2022.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE