# EXHIBIT G



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1].................................................. | | 14185 |
| a. By patent owner | 3954 | 27.9% |
| b. by other member of the public | 10056 | 70.9% |
| c. By order of Commissioner | 175 | 1.2% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 3843 | 27.1% |
| b. Electrical Operation | 5279 | 37.2% |
| c. Mechanical Operation | 4790 | 33.8% |
| d. Design Patents | 273 | 1.9% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

| | | |
|---|---|---|
| 4. Number known to be in litigation.......................................................................... | 5428 | 38.3% |
| 5. Decisions on requests [2] ........................................................................ | | 14185 |
| a. No. granted | 13082 | 92.2% |
| (1) By examiner | 12888 | |
| (2) By Director (on petition) | 194 | |
| b. No. denied | 1183 | 8.3% |
| (1) By examiner | 1103 | |
| (2) Reexam vacated | 80 | |
| 6. Total examiner denials (includes denials reversed by Director).................................. | | 1103 |
| a. Patent owner requester | 525 | 47.6% |
| b. Third party requester | 578 | 52.4% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
     a. Average pendency                                   25.7 (mos.)
     b. Median pendency                                     19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………   12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER                3960
        a. All claims confirmed                     809   20.4%
        b. All claims canceled                     396   10.0%
        c. Claims changed                     2755   69.6%
    b. Certificates – 3rd PARTY REQUESTER                     8630
        a. All claims confirmed                 1846   21.4%
        b. All claims canceled                 1226   14.2%
        c. Claims changed                 5558   64.4%
    c. Certificates – COMMISSIONER INITIATED REEXAM      174
        a. All claims confirmed                       17   9.8%
        b. All claims canceled                     46   26.4%
        c. Claims changed                     111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................................... 13987
    a. By patent owner    3919   28%
    b. by other member of the public    9893   71%
    c. By order of Commissioner    175   1%

2. Number of Filings by discipline
    a. Chemical Operation    3791   27%
    b. Electrical Operation    5214   37%
    c. Mechanical Operation    4732   34%
    d. Design Patents    250   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation.......................................................................................... 1938   14%

5. Decisions on requests [2] ..................................................................................... 14130
    a. No. granted    12905   91%
        (1) By examiner    12718
        (2) By Director (on petition)    187
    b. No. denied    1277   9%
        (1) By examiner    1225
        (2) Reexam vacated    52

6. Total examiner denials (includes denials reversed by Director)..................................... 1226
    a. Patent owner requester    524   43%
    b. Third party requester    702   57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

1/2

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency                                     25.8 (mos.)
    b. Median pendency                                       19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)...................    11980

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|    a. All claims confirmed | 693 | 21% |
|    b. All claims canceled | 300 | 9% |
|    c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|    a. All claims confirmed | 1769 | 21% |
|    b. All claims canceled | 1170 | 14% |
|    c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|    a. All claims confirmed | 18 | 10% |
|    b. All claims canceled | 47 | 27% |
|    c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte*  Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte*  reexam on 07/01/81.................................................................... 14005
    a. By patent owner      4137    30%
    b. by other member of the public      9825    70%
    c. By order of Commissioner      43    0%

2. Number of Filings by discipline
    a. Chemical Operation      3782    27%
    b. Electrical Operation      5270    38%
    c. Mechanical Operation      4717    34%
    d. Design Patents      236    2%

3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation........................................................................... 4731    34%

5. Decisions on requests........................................................................ 13178
    a. No. granted      12042    91%
        (1) By examiner      11891
        (2) By Director (on petition)      151
    b. No. denied      1136    9%
        (1) By examiner      1089
        (2) Reexam vacated      47

6. Total examiner denials (includes denials reversed by Director)..................................... 2272
    a. Patent owner requester      586    26%
    b. Third party requester      1686    74%

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency      27.7 (mos.)
    b. Median pendency      19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All claims canceled | 3% | 10% | 0% | 12% |
| c. Claims changed | 20% | 47% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................................... 13641
    a. By patent owner — 3912 — 29%
    b. by other member of the public — 9686 — 71%
    c. By order of Commissioner — 43 — 0%

2. Number of Filings by dicipline
    a. Chemical Operation — 3670 — 27%
    b. Electrical Operation — 5148 — 38%
    c. Mechanical Operation — 4596 — 34%
    d. Design Patents — 227 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation......................................................................................... 4648 — 34%

5. Decisions on requests................................................................................. 13147
    a. No. granted — 12047 — 92%
        (1) By examiner — 11913
        (2) By Director (on petition) — 134
    b. No. denied — 1100 — 8%
        (1) By examiner — 1054
        (2) Reexam vacated — 46

6. Total examiner denials (includes denials reversed by Director)................................... 1056
    a. Patent owner requester — 494 — 47%
    b. Third party requester — 562 — 53%

7. Overall reexamination pendency (Filing date to certificate issue date).......................
    a. Average pendency — 26.4 (mos.)
    b. Median pendency — 19.4 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 46% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
|     a. All claims confirmed | 690 | 21% |
|     b. All calims cancled | 293 | 9% |
|     c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
|     a. All claims confirmed | 1681 | 21% |
|     b. All calims cancled | 1062 | 13% |
|     c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
|     a. All claims confirmed | 2 | 5% |
|     b. All calims cancled | 23 | 56% |
|     c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81...................................................................... 13450

    a. By patent owner         3887   29%

    b. by other member of the public       9520   71%

    c. By order of Commissioner       43   0%

2. Number of Filings by dicipline

    a. Chemical Operation       3632   27%

    b. Electrical Operation       5085   38%

    c. Mechanical Operation       4521   34%

    d. Design Patents       212   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation.................................................................................... 4350   32%

5. Decisions on requests........................................................................................... 12929

    a. No. granted       11835   92%

        (1) By examiner       11704

        (2) By Director (on petition)       131

    b. No. denied       1094   8%

        (1) By examiner       1048

        (2) Reexam vacated       46

6. Total examiner denials (includes denials reversed by Director).................................... 1048

    a. Patent owner requester       492   47%

    b. Third party requester       556   53%

7. Overall reexamination pendency (Filing date to certificate issue date).........................

    a. Average pendency       25.77 (mos.)

    b. Median pendency       20.2 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 0% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10979
    a. Certificates with all claims confirmed     2337  21%
    b. Certificates with all claims canceled     1339  12%
    c. Certificates with claims changes     7303  67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER     3270
        a. All claims confirmed     685  21%
        b. All calims cancled     291  9%
        c. Claims changed     2294  70%
    b. Certificates – 3rd PARTY REQUESTER     7519
        a. All claims confirmed     1631  22%
        b. All calims cancled     999  13%
        c. Claims changed     4889  65%
    c. Certificates – COMMISSIONER INITIATED REEXAM     41
        a. All claims confirmed     2  5%
        b. All calims cancled     23  56%
        c. Claims changed     16  39%

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*..................................................................  13136

    a. By patent owner ........................................................................................................ 3957   30%

    b. by other member of the public .................................................................................. 9014   69%

    c. By order of Commissioner ......................................................................................... 165   1%

2. Number of Filings by dicipline

    a. Chemical Operation .................................................................................................. 3569   27%

    b. Electrical Operation .................................................................................................. 5265   40%

    c. Mechanical Operation ............................................................................................... 4418   34%

    d. Design Patents .......................................................................................................... 220   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation...................................................................................... 4819   37%

5. Decisions on requests....................................................................................................  12641

    a. No. granted .............................................................................................................. 11623   92%

        (1) By examiner ......................................................................................................... 11492

        (2) By Director (on petition) ...................................................................................... 131

    b. No. denied .............................................................................................................. 1018   8%

        (1) By examiner ......................................................................................................... 980

        (2) Reexam vacated .................................................................................................. 38

6. Total examiner denials (includes denials reversed by Director)......................................  1118

    a. Patent owner requester ........................................................................................... 496   44%

    b. Third party requester ............................................................................................... 622   56%

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency ................................................................................................... 26.5 (mos.)

    b. Median pendency .................................................................................................... 19.6 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 45% | 1% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10951

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2331 | 21% |
| b. Certificates with all claims canceled | 1334 | 12% |
| c. Certificates with claims changes | 7286 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3268 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2292 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7513 |
| a. All claims confirmed | 1628 | 22% |
| b. All calims cancled | 998 | 13% |
| c. Claims changed | 4887 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81.................................................................... 13217

      a. By patent owner        3833    29%

      b. by other member of the public        9217    70%

      c. By order of Commissioner        167    1%

2. Number of Filings by dicipline

      a. Chemical Operation        3516    27%

      b. Electrical Operation        5167    39%

      c. Mechanical Operation        4330    33%

      d. Design Patents        204    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation.......................................................................... 4362    33%

5. Decisions on requests........................................................................ 12429

      a. No. granted        11402    92%

          (1) By examiner        11271

          (2) By Director (on petition)        131

      b. No. denied        1027    8%

          (1) By examiner        990

          (2) Reexam vacated        37

6. Total examiner denials (includes denials reversed by Director)..................................... 1067

      a. Patent owner requester        665    62%

      b. Third party requester        621    58%

7. Overall reexamination pendency (Filing date to certificate issue date)........................

      a. Average pendency        22.3 (mos.)

      b. Median pendency        15.9 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 22% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 44% | 1% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ......................... 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*………………………….  12874
    a. By patent owner  3833  30%
    b. by other member of the public  8874  69%
    c. By order of Commissioner  167  1%

2. Number of Filings by dicipline
    a. Chemical Operation  3435  27%
    b. Electrical Operation  5001  39%
    c. Mechanical Operation  4234  33%
    d. Design Patents  204  2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation………………………….  4167  32%

5. Decisions on requests………………………….  12016
    a. No. granted  11013  92%
        (1) By examiner  10891
        (2) By Director (on petition)  122
    b. No. denied  1003  8%
        (1) By examiner  968
        (2) Reexam vacated  35

6. Total examiner denials (includes denials reversed by Director)………………………….  1067
    a. Patent owner requester  498  47%
    b. Third party requester  606  57%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency  27.8 (mos.)
    b. Median pendency  20.1 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requeste | 3rd Party Requeste | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 8% | 0% | | 11% |
| c. Claims changed | 21% | 40% | 1% | | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ...................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*.......................................  12569
    a. By patent owner      3872    31%
    b. by other member of the public      8532    68%
    c. By order of Commissioner      165    1%

2. Number a. Chemical Operation      3373    27%
    b. Electrical Operation      4831    38%
    c. Mechanical Operation      4178    33%
    d. Design Patents      187    1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation...................................................................  3994    32%

5. Decisions on requests.............................................................................  11737
    a. No. granted..................................................................  10755    92%
        (1) By examiner      10762
        (2) By Director (on petition)      122
    b. No. denied..................................................................  982    8%
        (1) By examiner      961
        (2) Reexam vacated      35
6. Total examiner denials (includes denials reversed by Director)...................................  1078
    a. Patent owner requester      496    46%
    b. Third party requester      582    54%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency      27.9    (mos.)
    b. Median pendency      20.5    (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................ 9328

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2029 | 22% |
| b. Certificates with all claims canceled | 1063 | 11% |
| c. Certificates with claims changes | 6236 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3176 |
| a. All claims confirmed | 669 | 21% |
| b. All calims cancled | 280 | 9% |
| c. Claims changed | 2227 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 6026 |
| a. All claims confirmed | 1348 | 22% |
| b. All calims cancled | 745 | 12% |
| c. Claims changed | 3933 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 38 | 23% |
| c. Claims changed | 108 | 66% |

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

_Ex Parte_ Reexamination Filing Data  -  September 30, 2011

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81..................................11782[1]

|   |   |   |
|---|---|---|
| a. | By patent owner | 3801 | 33% |
| b. | By other member of public | 7815 | 66% |
| c. | By order of Commissioner | 166 | 1% |

2.   Number of filings by discipline

|   |   |   |
|---|---|---|
| a. | Chemical Operation | 3211 | 27% |
| b. | Electrical Operation | 4405 | 37% |
| c. | Mechanical Operation | 3987 | 34% |
| d. | Design Patents | 179 | 2% |

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |   |   |

4.   Number known to be in litigation…………...…….……..................... .3894……………33%

5.   Decisions on requests………………………………………………………………..11262

a.  No. granted…………………………………………………… 10333…………...92%

(1)  By examiner                                          10213
(2)  By Director (on petition)                      120

b.  No. denied …………………………………………………………929…………....8%

(1)  By examiner                                          894
(2)  Reexam vacated                                   35

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.    Total examiner denials (includes denials reversed by Director)…………......................1014

    a.  Patent owner requester      476    47%
    b.  Third party requester      538    53%

7.    Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency      25.6 (mos.)
    b.  Median pendency      19.9 (mos.)

8.    Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.    Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

    a.  Certificates with all claims confirmed      1943    23%
    b.  Certificates with all claims canceled      974    11%
    c.  Certificates with claims changes      5661    66%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………3040

        (1)  All claims confirmed      651    21%
        (2)  All claims canceled      264    9%
        (3)  Claim changes      2125    70%

    b.  Certificates – 3rd PARTY REQUESTER …………………………………………5380

        (1)  All claims confirmed      1274    24%
        (2)  All claims canceled      674    12%
        (3)  Claim changes      3432    64%

    c.  Certificates – COMMISSIONER INITIATED REEXAM …………..………....158

        (1)  All claims confirmed      18    11%
        (2)  All claims canceled      36    23%
        (3)  Claim changes      104    66%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

### *Ex Parte* Reexamination Filing Data  -  September 30, 2010

1. Total requests filed since start of *ex parte* reexam on 07/01/81.................................. 11023[1]

| | | | |
|---|---|---|---|
| a. | By patent owner | 3697 | 34% |
| b. | By other member of public | 7161 | 65% |
| c. | By order of Commissioner | 165 | 1% |

2. Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 3068 | 28% |
| b. | Electrical Operation | 4010 | 36% |
| c. | Mechanical Operation | 3771 | 34% |
| d. | Design Patents | 174 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation…………...….…….................. .3568……………32%

5. Decisions on requests………………………………………………………………..10495

   a. No. granted……………………………………………… …9648…………....92%

   | | | |
   |---|---|---|
   | (1) | By examiner | 9534 |
   | (2) | By Director (on petition) | 114 |

   b. No. denied …………………………………………………847…………......8%

   | | | |
   |---|---|---|
   | (1) | By examiner | 812 |
   | (2) | Reexam vacated | 35 |

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................926

    a.   Patent owner requester           451    49%
    b.   Third party requester           475    51%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency         25.5 (mos.)
    b.   Median pendency         20.0 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

    a.   Certificates with all claims confirmed    1817    23%
    b.   Certificates with all claims canceled    893    12%
    c.   Certificates with claims changes    5072    65%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………2947

        (1)  All claims confirmed    638    22%
        (2)  All claims canceled    251    8%
        (3)  Claim changes    2058    70%

    b.   Certificates – 3rd PARTY REQUESTER ………………………………………….4681

        (1)  All claims confirmed    1161    25%
        (2)  All claims canceled    607    13%
        (3)  Claim changes    2913    62%

    c.   Certificates – COMMISSIONER INITIATED REEXAM ………….………….....154

        (1)  All claims confirmed    18    12%
        (2)  All claims canceled    35    23%
        (3)  Claim changes    101    65%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2009

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81.................................. 10243[1]

     a.   By patent owner                             3634       35%
     b.   By other member of public           6444       63%
     c.   By order of Commissioner           165        2%

2.   Number of filings by discipline

     a.   Chemical Operation                  2931       29%
     b.   Electrical Operation                3596       35%
     c.   Mechanical Operation              3554       34%
     d.   Design Patents                       162        2%

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation…………...….…….…................. .3221……………31%

5.   Decisions on requests…………………………………………………………………...9833

   a.   No. granted…………………………………………………… …9041…………....92%

      (1)   By examiner                        8928
      (2)   By Director (on petition)          113

   b.   No. denied ……………………………………………………792…………......8%

      (1)   By examiner                        757
      (2)   Reexam vacated                 35

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………......................870

    a.   Patent owner requester                              445       51%
    b.   Third party requester                                425       49%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                         25.2 (mos.)
    b.   Median pendency                         19.7 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a.   Certificates with all claims confirmed        1725    25%
    b.   Certificates with all claims canceled         807    11%
    c.   Certificates with claims changes          4557    64%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………2827

        (1) All claims confirmed          625    22%
        (2) All claims canceled         233     8%
        (3) Claim changes           1969    70%

    b.   Certificates – 3rd PARTY REQUESTER ………………………………………….4111

        (1) All claims confirmed       1082    26%
        (2) All claims canceled        540    13%
        (3) Claim changes         2489    61%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....151

        (1) All claims confirmed           18    12%
        (2) All claims canceled         34    23%
        (3) Claim changes           99    65%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2008

1.   Total requests filed since start of *ex partes* reexam on 07/01/81 ................................. 9585[1]

|   |   |   |   |
|---|---|---|---|
| a. | By patent owner | 3567 | 37% |
| b. | By other member of public | 5853 | 61% |
| c. | By order of Commissioner | 165 | 2% |

2.   Number of filings by discipline

|   |   |   |   |
|---|---|---|---|
| a. | Chemical Operation | 2811 | 29% |
| b. | Electrical Operation | 3261 | 34% |
| c. | Mechanical Operation | 3357 | 35% |
| d. | Design Patents | 156 | 2% |

3.   Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 |   |   |
| 1986 | 232 | 1994 | 379 | 2002 | 272 |   |   |
| 1987 | 240 | 1995 | 392 | 2003 | 392 |   |   |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |   |   |

4.   Number known to be in litigation…………...….……................. .2849………….......30%

5.   Decisions on requests……………………………………………………………...9219

   a.  No. granted……………………………………………… …..8467…………....92%

|   |   |   |
|---|---|---|
| (1) | By examiner | 8354 |
| (2) | By Director (on petition) | 113 |

   b.  No. denied ……………………………………………………752…………......8%

|   |   |   |
|---|---|---|
| (1) | By examiner | 717 |
| (2) | Reexam vacated | 35 |

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reserved by Director)…………........................830

    a.   Patent owner requester               441       53%
    b.   Third party requester             389       47%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average  pendency          24.5 (mos.)
    b.   Median pendency          19.0 (mos.)

8.   Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.   All claims confirmed | 22% | 28% | 12% | 25% |
| b.   All claims cancelled | 8% | 13% | 21% | 11% |
| c.   Claims changes | 70% | 59% | 67% | 64% |

9.   Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | | | |
|---|---|---|---|---|
| a.   Certificates with all claims confirmed | | | 1624 | 25% |
| b.   Certificates with all claims canceled | | | 721 | 11% |
| c.   Certificates with claims changes | | | 4112 | 64% |

10.   Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………...2722

        (1)  All claims confirmed        611      22%
        (2)  All claims canceled        214       8%
        (3)  Claim changes        1897      70%

    b.   Certificates – 3rd PARTY REQUESTER ………………………………………….3588

        (1)  All claims confirmed        995      28%
        (2)  All claims canceled        476      13%
        (3)  Claim changes        2117      59%

    c.   Certificates – COMM'R INITIATED REEXAM ……………………..……………....147

        (1)  All claims confirmed        18      12%
        (2)  All claims canceled        31      21%
        (3)  Claim changes        98      67%