UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PROXENSE, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00210-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC. | § | |

## ORDER RESETTING DISCOVERY HEARING

  IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **DISCOVERY HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Tuesday, August 16, 2022 at 02:30 PM**.

  IT IS SO ORDERED this 16th day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE