ATTACHMENT

| Court | Admission Date |
|---|---|
| U.S. District Court Central District of California | 6/14/2002 |
| U.S. District Court Northern District of California | 9/20/2002 |
| U.S. Court of Appeals for the Ninth Circuit | 9/14/2004 |
| U.S. District Court Southern District of California | 2/8/2006 |
| U.S. Court of Appeals for the Federal Circuit | 12/20/2012 |
| U.S. District Court Eastern District of Texas | 4/25/2022 |