# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PROXENSE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC,<br><br>*Defendants*. | Civil Action No. 6:21-CV-00210-ADA<br><br>**JURY TRIAL REQUESTED** |

## DECLARATION OF DAVID L. HECHT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, David L. Hecht, am counsel for Plaintiff Proxense, LLC, over 18 years of age and make this declaration based upon personal knowledge. If called to testify as a witness, I could and would testify competently to the same. I submit this declaration in support of Plaintiff Proxense, LLC's ("Plaintiff" or "Proxense") Opposition to Defendants' Motion for Partial Summary Judgment.

1. Attached hereto as Exhibit A1 is a true and correct copy of the excerpts of the deposition of Aviel Rubin, dated September 29, 2022.

2. Attached hereto as Exhibit A2 is a true and correct copy of the excerpts of the deposition of Aviel Rubin, dated September 30, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of a document bearing Bates Number PROX_SAMSUNG_015573.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Allen Kim, dated September 29, 2022.

5. Attached hereto as Exhibit D is a true and correct copy of Exhibit 5 to the Deposition of Allen Kim, dated August 3, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Seth Neilson, dated October 6, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Expert Report of Avi Rubin, dated August 15, 2022.

8. Attached hereto as Exhibit G is a true and correct copy Samsung's Second Supplemental Responses to Interrogatories 1 and 6, dated August 18, 2022.

9. Attached hereto as Exhibit H is a true and correct copy of a document bearing Bates Number SRA_PROXENSE_011070.

10. Attached hereto as Exhibit I is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_257105.

11. Attached hereto as Exhibit J is a true and correct copy of a document bearing Bates Number SRA_PROXENSE_058518.

12. Attached hereto as Exhibit K is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_239299.

13. Attached hereto as Exhibit L is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_240258.

14. Attached hereto as Exhibit M is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_240746.

15. Attached hereto as Exhibit N is a true and correct copy of an email dated October 24, 2022.

16. Attached hereto as Exhibit O is a true and correct copy of an email dated August 8,

2022.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the deposition of Chris Pickering, dated August 4, 2022.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the deposition of M. Laurentius Marais, dated September 23, 2022.

19. Attached hereto as Exhibit R is a true and correct copy of excerpts from the Opening Expert Report of Jennifer Vanderhart, dated August 8, 2022.

20. Attached hereto as Exhibit S is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_234898.

21. Attached hereto as Exhibit T is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_183871.

22. Attached hereto as Exhibit U is a true and correct copy of a excerpts of a document bearing Bates Number SAMSUNG_PROXENSE_186001.

23. Attached hereto as Exhibit V is a true and correct copy of excerpts of a document bearing Bates Number SAMSUNG_PROXENSE_209124.

24. Attached hereto as Exhibit W is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_285894.

25. Attached hereto as Exhibit X is a true and correct copy of a document bearing Bates Number SRA_PROXENSE_002248.

26. Attached hereto as Exhibit Y is a true and correct copy of a document bearing Bates Number SRA_PROXENSE_005331.

27. Attached hereto as Exhibit Z is a true and correct copy of a document bearing Bates Number SRA_PROXENSE_35298.

28. Attached hereto as Exhibit AA is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_240589.

29. Attached hereto as Exhibit BB is a true and correct copy of a document bearing Bates Number SAMSUNG_PROXENSE_240746.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Livingston, NJ on October 31, 2022

David L. Hecht