# Exhibit A1

# FILED UNDER SEAL