# Exhibit A2

# FILED UNDER SEAL