# Exhibit D

SAMSUNG    Mobile   TV & Audio   Appliances   Computing   Displays   #YouMake   Gift Ideas   Offers        Explore   Support   For Business

WALLET    FAQ

 Samsung Wallet

# Have questions?
# Find answers here.

Learn how to make the most out of your Samsung Wallet experience.

## Samsung Wallet

| | |
|---|---|
| What is Samsung Wallet? | + |
| Is Samsung Wallet different than Samsung Pay? | + |
| Is Samsung Wallet supported on my mobile phone? | + |
| How secure is Samsung Wallet? | + |
| How does Samsung Wallet protect data? | + |
| What are Samsung Wallet's main features? | + |
| How to open Samsung Wallet? | + |

**How to set up Samsung Wallet?** —

If you have a supported device, you should have Samsung Pay or Samsung Wallet already installed on your phone. If not, your phone may not have the latest software, so you should first download any software updates that may be available from the Settings > About device OR the Settings > Software update menu on the phone. You can also visit the Galaxy Store to download Samsung Wallet. - Open Samsung Wallet, and then tap Continue. Update the app to the latest version, if prompted. - Login to your Samsung Account or create a new one. - You may be prompted to grant permissions required for Samsung Wallet to run. Tap Allow when prompted for any mandatory permission. - Review and agree to the Samsung Wallet Terms of Service - If your device does not have a screen lock setup, you will be prompted to set up one. Follow on-screen instructions to enable a secure screen lock with Pattern, PIN or password. - If you registered one or more biometric methods such as fingerprint or iris for your device, you will be prompted to verify it. If not, you will be prompted to register a biometric. Follow on-screen instructions to setup or skip it. - Enter a PIN for Samsung Wallet, and then enter it again to confirm. Samsung Wallet setup is now complete. Add a card to start making payments with Samsung Wallet. - If this your first time using Samsung Wallet, hit 'Add card' and start adding your credit or debit cards. - If you previously registered any cards with Samsung Pay or Samsung Wallet, open the "Menu", tap on "Payment cards" and you can activate any of the cards to start making payments.

| | |
|---|---|
| How to migrate from Samsung Pay to Samsung Wallet? | + |
| How to manage Samsung Wallet if your phone is missing? | + |
| How to manage favorite cards with Samsung Wallet? | + |
| How do I set my default card for Samsung Pay? | + |

## Payments

**How to add credit/debit cards to Samsung Wallet?** —

Samsung Pay is now part of Samsung Wallet. Once you've finished Samsung Wallet setup, you add your credit or debit card to it, so you can use it to make payments anywhere you see the Samsung Pay logo or "Samsung Pay accepted here" message or the NFC contactless payments symbol. - Navigate to and open the Samsung Wallet app on your phone. - On the Quick Access tab, click on the "+" icon. Tap Payment cards. - The app will activate the camera and you can scan your credit or debit card. Depending your card design, the card number may be on the front or the back of your card. You can also enter the card details manually or by tapping your NFC enabled card on the phone, by selecting the corresponding options on this screen. - Follow the on-screen instructions to provide other necessary information and tap Next. - You must agree to the card issuer's terms and conditions to proceed. If you have any questions about the terms, contact the card issuer. - You may need to verify your card. This step is a safety precaution at your card issuer's discretion to make sure no one suspicious is trying to use your card in Samsung Pay. You can verify them right away or wait until later. - You can choose from any of the verification methods shown on-screen (these can depend on your bank and/or card provider) and follow the instructions in the app to complete verification. And remember, make sure you enter any information correctly. - Your card is now added to Samsung Pay. You can also add the card to Quick Access for convenient and fast access. It can be used to make payments at any store or merchant that accepts debit or credit cards. NOTE: Your card will be verified and activated by the payment card network and your card issuer. In some cases, this process may take up to 5 minutes. You will be notified when a card is ready to use. If you have previously used Samsung Pay or Samsung Wallet and registered any payment cards, you can re-activate them easily on this device. - Navigate to and open the Samsung Wallet app on your phone. - Open the Menu tab and tap on Payment cards. - You may see one or more cards with with "Activate" button. These are cards that you might have registered with Samsung Pay previously on other devices. - Tap Activate for the card you wish to enable on that device - Follow the on-screen instructions to provide other necessary information and tap Next - You must agree to the card issuer's terms and conditions to proceed. If you have any questions about the terms, contact the card issuer. - You may be asked to verify your card. If so, follow the steps listed in "Card verification" above.

| | |
|---|---|
| How to remove a payment card from Samsung Wallet? | + |
| How to make an in-store payment with Samsung Pay? | + |
| Is purchasing with Samsung Wallet different from Samsung Pay? | + |

EXHIBIT

5

## Membership

**How to add membership card?**    —

Launch Samsung Wallet on your phone, open the Menu tab and then tap Memberships and Add. - Tap on Featured memberships to browse through the different categories, and select your desired membership card. Enter the necessary information for your membership card. You can even scan the card's barcode, so you don't have to manually type out the numbers. When you're done, tap Save. - To store a card that is not listed in our Featured memberships list, tap on "'Enter membership manually'". Enter the Membership card name and number and tap Save. You can optionally add a front and back photo of the card, information like email, number and notes to your card. - If you have previously registered Membership cards in Samsung Pay or Samsung Wallet, tap on "'Import memberships'" to get back your membership cards on this device.

**How to use membership card?**    +

**How to remove membership card?**    +

## Boarding pass (Airplane)

**How can I add an airplane boarding pass to Samsung Wallet?**    —

To get started, you have to first complete the check-in procedures on the airline's mobile app or website and generate a mobile boarding pass. If the partner airline supports Samsung Wallet, their app or website will display an option to add the pass to Samsung Wallet. Tap on the option and the boarding pass will be added to the Quick access of Samsung Wallet and listed in the the Boarding passes item on the Menu tab. NOTE: E-Ticket reservations and paper boarding passes cannot be added to Samsung Wallet and may not be accepted at the boarding gate.

**Which airlines are supported by Samsung Wallet?**    +

**How can I use my boarding pass added in Samsung Wallet at the airport?**    +

**When is the boarding pass notification displayed?**    +

**How can I turn off the boarding pass notification?**    +

**I'm using Samsung Wallet on several mobile phones, will my boarding pass added on a device automatically get added to all my devices?**    +

**Can I delete my boarding pass from Samsung Wallet? Will it cancel my boarding pass and impact my journey?**    +

**I added a boarding pass to Samsung Wallet, but I lost my mobile phone. What should I do?**    +

**What happens to my boarding pass in Samsung Wallet after completing my journey?**    +

**Can I add my travel companion's boarding pass to my Wallet, if we are traveling together?**    +

**I checked-in on behalf of an acquaintance or family and added the boarding pass to my Samsung Wallet, how do I send the boarding pass to them?**    +

## Health pass

**How can I add Health Pass to Samsung Wallet?**    —

To use this option you should have a digital vaccine pass issued by your health provider or local government agency. - Launch Samsung Wallet, on the Quick Access tab tap on the "'+" icon (on top right). Tap on Health pass, and select Scan QR code option. - This will activate the camera. Point the camera to scan the QR code on your vaccine pass, either on a paper print out or on a website or app on a second device such as your PC. - Your health pass will be added to Samsung Wallet. You can also get your vaccine pass from one of our partner apps and add it to Samsung Wallet. - Launch Samsung Wallet, on the Quick Access tab tap on the "'+" icon (on top right). Tap on "'Health pass'", and select 'Get a pass from a provider' option. - This will list our partner apps. Tap on your desired app. This will open the app if it is already installed on your device or redirect to Play store to install the app. - Follow the instructions in the partner app to generate a health pass and add it to your Samsung Wallet. Check https://www.samsung.com/us/samsung-pay/vaccine-pass/ for detailed instructions for partner apps.

**Which partners support Health Pass with Samsung Wallet?**    +

**Can I register my own health pass only?**    +

**How do I access my Health Pass in Samsung Wallet?**    +

**I'm using Samsung Wallet on several mobile phones, will my Health pass added on a device automatically get added to all my devices?**    +

**What happens when the Health Pass added to Samsung Wallet expires?**    +

**How can I delete Health Pass in Samsung Wallet?**    +

**Does Samsung Wallet provide the ability to back up/restore health passes or synchronize to other devices?**    +

**I added a health pass, but I lost my smartphone. What should I do?**    +

## Samsung Pass

**What is Samsung Pass?**                                                                                  —

Samsung Pass is one of the key features that you can use with Samsung Wallet. Samsung Pass is a biometric authentication service that enables you to use various services using simple fingerprint or iris verification. You can use Samsung Pass after registering at least one biometric method (fingerprint or iris) from the device. Registered biometric data is securely protected using Samsung Knox. You can autofill your personal information with Samsung Pass.

**What are the features available in Samsung Pass?**                                                       +

**What are the device requirements that can support Samsung Pass?**                                        +

**How to use Samsung Pass service**                                                                        +

**How to manage the data stored in Samsung Pass**                                                          +

**Can I use Samsung Pass on multiple devices?**                                                            +

**What authentication method can be used with Samsung Pass?**                                              +

## Digital Car Key

**Which car manufacturers and models work with Samsung Wallet?**                                           —

Qualifying car models from BMW, Genesis and Hyundai are supported. We continue to work with our partners to expand the supported models in the future. Please refer to your car manufacturer for information about the specific supported models, variants and other dependencies. BMW: https://www.bmw.com/digitalkey Genesis: https://owners.genesis.com/us/en/resources/in-vehicle-navigation/introducing-all-new-digital-key.html Hyundai: https://www.hyundaiusa.com/ NOTE: Only select Samsung mobile phones are compatible with each car model.

**Which Galaxy devices can a Digital Key be used on?**                                                     +

**How do I add my car key to Samsung Wallet?**                                                            +

**How can I use my digital car key?**                                                                      +

**How do I remove a Digital car key from Samsung Wallet?**                                                 +

**Do I need a network connection to use the digital key?**                                                 +

**How do I share a Digital Key from my Wallet?**                                                           +

**How do I accept Digital Key sharing?**                                                                   +

**How do I terminate Digital Key sharing?**                                                                +

**How do I prevent others from using the Digital Keys registered on my wallet?**                          +

**My smartphone's battery ran out and it turned off. Can I use a Digital Key?**                           +

## Digital Home Key

**How can I add digital key of my door lock to Samsung Wallet?**                                           —

You can only use door locks that work with SmartThings. To begin, first open SmartThings and add a compatible '"Dook Lock"'; this will activate the '"Add Digital Key"' menu in your Samsung Wallet app. * Door key direct activation in SmartThings to be added soon

**Are door lock keys available on multiple devices at the same time?**                                    +

**Which phones can I use door lock keys on?**                                                              +

**Do I need a network connection to use door lock keys?**                                                 +

**What happens to the keys registered on my phone if I delete my Samsung account?**                       +

**I changed my phone. What should I do?**                                                                  +

**I want to delete a key. What should I do?**                                                              +

## Digital Asset Management

**What is 'Digital asset'?** —

Digital asset card in Samsung Wallet allows you to view your crypto assets and their total value in one convenient place. You will need to link virtual assets held in the Samsung Blockchain Wallet or your account on one of the supported Crypto Exchanges to Samsung Wallet. Currently Coinbase and Gemini exchanges are supported in the US. NOTE: Exchanges and features supported may vary based on device model and carrier and subject to change without notice. Samsung Blockchain Wallet is not supported on Verizon devices.

**How and when is the total asset balance updated for my Digital Assets card?** +

**How do I add my Digital Assets to Samsung Wallet?** +

**Can I use my crypto balance from Digital Assets card for in-store or online purchases?** +

## Cash back awards

**What is Cash back and how do I find it?** —

In the Samsung Wallet app, you can earn cash back when you buy something from select merchants. You'll earn money for everything you buy from a participating merchant's online store or app during the promotional period. Once you've received the cash back, you can redeem it and use it to make purchases through Samsung Wallet. To find the latest cash back offers, open Samsung Wallet. Click on the Perks tab. On the Perks tab, you'll see some highlighted deals, but click on any category to see all available offers. You can also use the search bar on the Perks tab to find your favorite merchant or look up offers in a category. Alternatively, open Samsung Wallet, click on the Menu tab. Scroll down to find ''Cash Back Awards'' and click on it to see all available offers.

**How do I earn Cash back?** +

**How much will I earn?** +

**How do I redeem my Cash back?** +

**What happens to my Cash back balance when I upgrade from Samsung Pay to Samsung Wallet?** +

**How do I see my cash back history?** +

**Why is my Cash back showing as pending? How long does it take to earn Cash back?** +

**What does my transaction status mean?** +

**Who is the issuer of the Samsung Rewards Mastercard and how do I get in touch with them for questions?** +

**Can I use Samsung Pay to pay on a participating merchant's site?** +

**Do I have to use Samsung Pay on a merchant's site to receive Awards?** +

**What is the maximum amount of an Award that I can earn for each transaction?** +

**How can I redeem the Cash back awards I earned?** +

**Can I use an Award that I earned and Transferred to a promotional virtual Samsung Rewards Mastercard to Withdraw Money from an Automated Teller Machine (ATM)?** +

**Funds not added to my Rewards card after I redeemed. What do I do?** +

**If I transfer Awards to an existing promotional Samsung Rewards Mastercard, when do the funds expire?** +

## Gift card

**How do I purchase a gift card with Samsung Wallet?** —

You can purchase gift cards for yourself or your others right in the Samsung Wallet app. What's more, if you are buying gift card for others, the recipient does not need Samsung Wallet or even a Samsung smartphone to receive and use the card. - Navigate to and open Samsung Wallet. - Open the Menu tab in the app and click Gift card store to launch the store. - Use the search bar to find the gift card you want. Or, you can view the available gift cards by swiping up and down. - Select your desired gift card, and select your desired dollar amount. - Tap ""For me"" if you want to purchase for yourself or and then tap Add to Cart. - Or tap ""For a Friend"" and enter their information. Tap ""Add to Cart."" - On the next page, tap ""Check Out."" Make sure Samsung Pay is selected at the top, and then tap Pay with SAMSUNG Pay at the bottom. - You may also need to tap PIN or IRIS, and then enter the required security information. If you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner. - Your purchase will be confirmed and your gift card will be sent to you in an email. If you purchased the card for yourself, follow the instructions in the email to redeem the gift card and add it to Samsung Wallet. Now, you can use the gift card to make purchases. NOTE: We recommend that you keep the original email in case you have to retrieve the card details in future.

**How I make a payment with a gift card?** +

**How do I add an existing gift card to Samsung Wallet?** +

**Are there fees for purchasing or using a gift card in Samsung Pay?** +

Where can gift cards be used?                                                                    +

Do gift cards expire?                                                                            +

What if a merchant will not accept my gift card?                                                 +

Are Samsung Wallet gift cards refundable?                                                        +

What happens to the gift cards that I added to Samsung Pay when I migrate to Samsung Wallet?     +

What methods of payment do you accept?                                                           +

Can I view the balance of my card?                                                               +

Is there a way to view my purchase history?                                                      +

How is my gift card delivered?                                                                   +

Are there any taxes or extra hidden fees?                                                        +

Are there any restrictions on purchasing gift cards?                                             +

## Samsung Pay Cash

How do I set up Samsung Pay Cash in Samsung Wallet                                                –

To get started, open Samsung Wallet on your phone. On the Quick Access tab, click the "+" on top right corner. Tap on Get a Samsung Pay Cash card. Tap on GET CARD. Review the information, and tap I'VE REVIEWED THE FEES when finished. Complete the personal information form, agree to the Terms and Conditions and E-Sign disclosure, and then tap NEXT. A code will be sent to the number used when signing up. If you don't receive the code, you can resend it or change the phone number. After confirming the code, Samsung Wallet will review your information. Tap DONE, and then tap Get card. When you are finished, you can add money and save your Samsung Pay Cash card to your Quick Access list.

How do I Add funds to Samsung Pay Cash in Samsung Wallet?                                         +

How do I upgrade my Samsung Pay Cash 'lite' account to full?                                      +

Where can I get more information about Samsung Pay Cash program?                                  +

## Samsung Money by SoFi

What information is needed to open a Samsung Money by SoFi account?                               –

If you are using the Samsung Wallet app, launch the app, click on the Menu tab, and then tap Samsung Money by SoFi to get started. Follow the on screen instructions and provide necessary information to complete and submit your application.

How do I open a Samsung Money by SoFi account?                                                    +

How do I activate my Samsung Money by SoFi debit card?                                            +

Where can I find more information about Samsung Money by SoFi?                                     +

| SHOP | SUPPORT | OFFERS | SUSTAINABILITY |
|---|---|---|---|
| Phones | Chat with Us | Offers | Overview |
| Tablets | Product Support | Samsung Rewards | Environment |
| Watches | Order Support | Education Offers Program | Corporate Citizenship |
| Mobile Accessories | Your Account | Government Offers Program | Digital Responsibility |
| Mobile Audio | Register Your Product | Military Offers Program | Labor & Human Rights |
| TV & Home Theater | Contact Us | Employee Offers Program | Diversity & Inclusion |
| Computing | Samsung Community | First Responders Offers Program | Sustainable Supply Chain |
| Monitors | Accessibility at Samsung | Business Offers Program | |
| Memory & Storage | Note? Recall | | **ABOUT US** |
| Home Appliances | Give Feedback ↗ | | Leadership & Mission |
| Smart Home | | | Our Business |
| Apps & Services | | | Brand Identity |
| Shop Certified Re-Newed ↗ | | | Careers |
| Samsung Authorized Reseller Program | | | Investor Relations ↗ |
| | | | Newsroom ↗ |
| | | | Ethics |
| | | | Samsung Design ↗ |

Copyright© 1995-2022 SAMSUNG All Rights Reserved.