IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC,<br><br>    *Defendants*. | Civil Action No. 6:21-cv-00210-ADA<br><br>**JURY TRIAL REQUESTED** |

## DISCOVERY ORDER

Pursuant to the Court's Discovery Dispute Order on November 9, 2022 (ECF No. 120), the Court has conducted an *in camera* review of the six documents that Proxense is challenging from Samsung's privilege log (Log Nos. 1, 113, 116, 119, 120, 128). Upon consideration of the relevant declarations and an *in camera* review of the documents, the Court hereby **SUSTAINS** Samsung's privilege assertions. The Court further **ORDERS** that Samsung update its privilege log within seven days to conform to the information in the declarations, including the authorship and description.

**SIGNED** this 15th day of November, 2022.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE