# EXHIBIT 2

**From:** Jason Williams <jasonwilliams@quinnemanuel.com>
**Date:** Friday, September 16, 2022 at 2:34 PM
**To:** Proxense <proxense@hechtpartners.com>, Proxense-SG <sg-proxense@hechtpartners.com>
**Cc:** QE-Samsung-Proxense <qe-samsung-proxense@quinnemanuel.com>
**Subject:** Proxense v. Samsung | Stub App Source Code

EXTERNAL Email
Counsel,

Samsung's source code for its stub application is available for review in Quinn Emanuel's DC office. To the extent that Proxense wishes to review it, please provide us with notice of at least 48 business hours to ensure that we have staffing available.

Regards,
Jason

**Jason Williams**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7401 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jasonwilliams@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.