IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No.: 6:21-cv-00210-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO STRIKE
DR. AVIEL RUBIN'S SUPPLEMENTAL EXPERT REPORT**

Having considered the Defendants' Motion to Strike Dr. Aviel Rubin's Supplemental Expert Report, the Court GRANTS the Motion to Strike. The Supplemental Expert Report of Dr. Aviel Rubin is STRICKEN.

SIGNED this ___ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE