UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC | § |
| | § |
| vs. | §   NO:  WA:21-CV-00210-ADA |
| | § |
| SAMSUNG ELECTRONICS CO, LTD, | § |
| SAMSUNG ELECTRONICS AMERICA, INC. | |

**ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE**

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Tuesday, January 17, 2023 at 11:15 AM. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Thursday, January 19, 2023 at 09:00 AM in District Courtroom #2, in the United States Courthouse, 800 Franklin Ave., Waco, TX 76701.

**SIGNED this 6th day of January, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE