**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **PROXENSE, LLC,** | § |
| | § |
| *Plaintiff* | § |
| | § |
| | § |
| **v.** | § **CIVIL ACTION NO. 6:21-CV-00210-ADA** |
| | § |
| | § |
| **SAMSUNG ELECTRONICS CO., LTD.** | § |
| **and SAMSUNG ELECTRONICS** | § |
| **AMERICA, INC.,** | § |
| | § |
| *Defendants.* | § |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

**TO THE HONORABLE COURT:**

Defendants hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 112 E. Line Street, Suite 304, Tyler, Texas 75702 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: January 11, 2023                    Respectfully submitted,


                                    By: _____*/s/ J. Mark Mann*_____
                                        **J. Mark Mann**
                                        State Bar No. 12926150
                                        Mark@TheMannFirm.com
                                        **G. Blake Thompson**
                                        State Bar No. 24042033
                                        Blake@TheMannFirm.com
                                        **MANN | TINDEL | THOMPSON**
                                        112 E. Line Street, Suite 304
                                        Tyler, Texas 75702
                                        (903) 657-8540
                                        (903) 657-6003 (fax)

                        **ATTORNEYS FOR DEFENDANTS**

                        **<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 11th day of January, 2023.


                                    _____*/s/ J. Mark Mann*_____
                                    **J. Mark Mann**