UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PROXENSE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC,<br><br>*Defendants*. | Civil Action No.  6:21-CV-00210-ADA<br><br>**JURY TRIAL REQUESTED** |

**NOTICE REGARDING NARROWING OF ASSERTED CLAIMS**

Plaintiff Proxense, LLC ("Proxense") hereby provides notice of narrowing the number of claims asserted in the case. By and through its undersigned counsel, Proxense respectfully submit the following:

When this case was initiated, Proxense asserted infringement of forty-three claims across five patents. On July 25, 2022, the Parties filed a Joint Notice Narrowing Case wherein Proxense agreed to withdraw, and dismiss without prejudice, all claims of infringement of United States Patent No. 9,049,188 and United States Patent No. 9,235,700 from the current litigation, leaving nineteen claims. On October 17, 2022, Proxense agreed to further narrow its assertion of infringement to the following thirteen asserted claims: claims 1, 5, 6, and 8 of United States Patent No. 8,352,730; claims 1, 5, 9, and 12 of United States Patent 9,298,905; and claims 1, 2, 3, 4, and 5 of United States Patent 10,698,989.

Proxense narrows its assertion of infringement to the following five claims: claim 8 of United States Patent No. 8,352,730 and claims 1, 5, 9, and 12 of United States Patent 9,298,905 due to trial management concerns.

| | |
|---|---|
| Dated:  January 18, 2023 | <u>David L. Hecht</u><br>dhecht@hechtpartners.com<br>Maxim Price (*pro hac vice*)<br>mprice@hechtpartners.com<br>Conor B. McDonough (*pro hac vice*)<br>cmcdonough@hechtpartners.com<br>Yi Wen Wu (*pro hac vice*)<br>wwu@hechtpartners.com<br>HECHT PARTNERS LLP<br>125 Park Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 851-6821<br><br>Brian D. Melton<br>bmelton@susmangodfrey.com<br>Geoffrey L. Harrison<br>gharrison@susmangodfrey.com<br>Meng Xi<br>mxi@susmangodfrey.com<br>Bryce T. Barcelo<br>bbarcelo@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 653-7807<br>Facsimile: (713) 654-6666<br><br>*Counsel for Plaintiff Proxense, LLC* |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on January 18, 2023.

/s/ David L. Hecht
David L. Hecht