# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PROXENSE, LLC | § § | |
| vs. | § § | NO:  WA:21-CV-00210-ADA |
| SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC.<br>*Defendant* | § § | |

## ORDER CANCELLING JURY SELECTION

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for JURY SELECTION, on January 19, 2023 at 09:00 AM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **19th day of January, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE