UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PROXENSE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No.  6:21-CV-00210-ADA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Proxense, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that the Parties have reached a resolution of this matter and this action should be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing its own fees, expenses, and costs.

| Respectfully submitted, | Dated: January 19, 2023 |
|---|---|
| /s/ David L. Hecht | /s/ Victoria F. Maroulis |
| **David L. Hecht**<br>**Maxim Price**<br>**Conor McDonough**<br>**Yi Wen Wu**<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>dhecht@hechtpartners.com<br>mprice@hechtpartners.com<br>cmcdonough@hechtpartners.com<br>wwu@hechtpartners.com<br>212-851-6821 | **Scott L. Cole**<br>300 W. 6th Street<br>Austin, TX 78701<br>scottcole@quinnemanuel.com<br>512-692-8705<br><br>**Victoria F. Maroulis**<br>**Kevin P.B. Johnson**<br>**Mark Tung**<br>**Olga Slobodyanyuk**<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |

| | |
|---|---|
| **Brian D. Melton**<br>**Geoffrey L. Harrison**<br>**Meng Xi**<br>**Bryce Barcelo**<br>1000 Louisiana Street - Suite 5100<br>Houston, TX 77002-5096<br>bmelton@susmangodfrey.com<br>gharrison@susmangodfrey.com<br>mxi@susmangodfrey.com<br>bbarcelo@susmangodfrey.com<br>713-653-7825<br>**Lear Jiang**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>ljiang@susmangodfrey.com<br>310-789-3100 | victoriamaroulis@quinnemanuel.com<br>kevinjohnson@quinnemanuel.com<br>olgaslobodyanyuk@quinnemanuel.com<br>marktung@quinnemanuel.com<br>650-801-5000<br><br>**Kevin Hardy**<br>**Marissa Ducca**<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>kevinhardy@quinnemanuel.com<br>marissaducca@quinnemanuel.com<br>202-538-8000<br><br>**Scott L. Watson**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>scottwatson@quinnemanuel.com<br>213-443-3000<br><br>**Sean San-Chul Pak**<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>seanpak@quinnemanuel.com<br>415-875-6600<br><br>**John McKee**<br>**Jason C. Williams**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>jasonwilliams@quinnemanuel.com<br>johnmckee@quinnemanuel.com<br>212-849-7000 |
| *Attorneys for Plaintiff Proxense, LLC* | *Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2023, this document properly was served on counsel of record via electronic filing in accordance with the USDC, Western District of Texas Procedures for Electronic Filing.

/s/ David L. Hecht
David L. Hecht
