# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC § | |
| § | CIVIL NO: |
| vs. § | WA:21-CV-00210-ADA |
| § | |
| SAMSUNG ELECTRONICS CO, LTD, § | |
| SAMSUNG ELECTRONICS AMERICA, | |
| INC. | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, January 23, 2023 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 19th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE